[No. 11056–0–I.   Division One.   December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
FARRELL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81–1–00176–1, Jack S. Kurtz, J., entered October 13, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Corbett, JJ.

[No. 9979–5–I.   Division One.   December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL
CHARLES AMSDEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02887–8, Anthony P. Wartnik, J., entered January 30, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Williams, J.

[No. 10506–0–I.   Division One.   December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY
CLEWIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00359–8, Jim Bates, J., entered July 8, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Williams, J.

[No. 10608–2–I.   Division One.   December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
REGINALD PEACEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01928–1, Frank J. Eberharter, J., entered August 4, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Williams, J.